**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| MACSEN MILESTONE,<br>*Plaintiff,*<br>v.<br>PROGRESSIVE PREFERRED INSURANCE CO.,<br>*Defendant.* | CIVIL ACTION<br>NO. 26-5607 |

**ORDER**

**AND NOW**, this 30th day of September, 2026, upon consideration of Progressive Preferred Insurance Company's Motion to Dismiss for Failure to State a Claim (Dkt. No. 12) and Macsen Milestone's Response in Opposition (Dkt. No. 13), it is hereby **ORDERED** that the Motion is **GRANTED.** Count II against Progressive is **DISMISSED without prejudice**.

Milestone may file an Amended Complaint on or before **Wednesday, October 14, 2026**.

BY THE COURT:

***/s/ Gerald J. Pappert***
Gerald J. Pappert, J.